FILED

2016 FEB 12 PM 12:20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16- **CR16-0069** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [26 U.S.C. § 7207: Delivering a False Tax Return] |
| BRIAN WALKER, | [CLASS A MISDEMEANOR] |
| Defendant. | |

The United States Attorney charges:

[26 U.S.C. § 7207]

On or about April 11, 2012, in Los Angeles and San Bernardino Counties, within the Central District of California, defendant BRIAN WALKER willfully prepared and delivered to the Internal Revenue Service a U.S. Individual Income Tax Return, Form 1040, which was known by defendant to be false as to a material matter, in that the return stated defendant's adjusted gross income was $149,756,

//
//
//
//

DOB

whereas, as he then well knew and believed, his adjusted gross income was substantially higher than that amount.

EILEEN M. DECKER
United States Attorney

*/s/*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

BRANDON FOX
Assistant United States Attorney
Chief, Public Corruption &
   Civil Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Public Corruption &
   Civil Rights Section